In the Matter of the Claim of JULIAN KNUDSTAD, Respondent, against EMIGRANT INDUSTRIAL SAVINGS BANK et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued May 18, 1938; decided June 3, 1938.

*William B. Davis* and *E. C. Sherwood* for appellants.

*John J. Bennett, Jr.*, Attorney-General (*Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.